IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HESS FENCE & SUPPLY CO., INC., | : : : : | Civil No. 4: 04-CV-2648 |
| Plaintiff | : : | |
| v. | : : | (Judge McClure) |
| UNITED STATES FIDELITY & GUARANTY CO., | : : : | |
| Defendant | : | |

**O R D E R**

March 17, 2006

Upon consideration of the request by letter dated March 16, 2006 from Anthony F. Vittoria, Esquire,

**IT IS ORDERED THAT:**

The final pretrial/settlement conference scheduled for March 29, 2006 is continued to April 10, 2006, at 3:00 p.m., in Chambers, Third Floor, Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

                                               s/ James F. McClure, Jr.
                                               James F. McClure, Jr.
                                               United States District Judge